```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRINA AIZMAN, | ) |
|                 Plaintiff, | ) No. C 07-3895 RMW |
|      v. | ) **ANSWER** |
| MICHAEL CHERTOFF, Secretary; | ) |
| EMILIO T. GONZALEZ, Director, CIS; | ) |
| ROSEMARY MELVILLE, District Director; | ) |
| FRANCIS SICILIANO, Field Office Director, | ) |
| Department of Homeland Security; | ) |
| ROBERT S. MULLER, Director, | ) |
| Federal Bureau of Investigation, | ) |
|                 Defendants. | ) |

    The Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus.

    1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny that they have withheld the action to Plaintiff's detriment.

**PARTIES**

    2. Defendants admit the allegations in Paragraph Two.

    3. Defendants admit the allegations in Paragraph Three.

    4. Defendants admit the allegations in Paragraph Four.

ANSWER
C07-3895 RMW                               1

1 | 5. Defendants deny the allegations in Paragraph Five.
2 | 6. Defendants deny the allegations in Paragraph Six.
3 | 7. Defendants deny the allegations in Paragraph Seven.

## JURISDICTION

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

## INTRADISTRICT ASSIGNMENT

9. Paragraph Nine consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

## VENUE

10. Paragraph Ten consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## EXHAUSTION OF REMEDIES

11. Defendants deny that Plaintiff has exhausted her administrative remedies.

## CAUSE OF ACTION

12. Defendants deny the allegations in Paragraph Twelve. Plaintiff filed her application for naturalization on December 30, 2005.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

17. Defendants are without sufficient information to admit or deny the allegations in Paragraph Seventeen.

18. Defendants are without sufficient information to admit or deny the allegations in

ANSWER
C07-3895 RMW                                                          2

Paragraph Eighteen.

19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

20. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One.

22. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Two.

23. Defendants admit the allegations in Paragraph Twenty-Three.

24. Paragraph Twenty-Four consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations in this paragraph.

25. Paragraph Twenty-Five consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations in this paragraph.

26. Paragraph Twenty-Six consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations in this paragraph.

27. Paragraph Twenty-Seven consists of Plaintiff's prayer for relief, to which no answer is required.

## PRAYER

28. Paragraph Twenty-Eight consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

## FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

ANSWER
C07-3895 RMW                                    3

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

## FIFTH AFFIRMATIVE DEFENSE

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: October 5, 2007                          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C07-3895 RMW                                4