| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IRINA AIZMAN, | ) | |
| | ) | No. C 07-3895 RMW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| MICHAEL CHERTOFF, Secretary; | ) | **PROCESS** |
| EMILIO T. GONZALEZ, Director, CIS; | ) | |
| ROSEMARY MELVILLE, District Director; | ) | |
| FRANCIS SICILIANO, Field Office Director, | ) | |
| Department of Homeland Security; | ) | |
| ROBERT S. MULLER, Director, | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action

Parties' Request for ADR Exemption
C07-3895 RMW                                            1

1  and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and
2  unnecessarily tax court resources.
3     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
4  ADR Multi-Option Program and that they be excused from participating in the ADR phone
5  conference and any further formal ADR process.

Dated: October 12, 2007                    Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                                    /s/
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Dated: October 11, 2007                             /s/
                                           EDWARD R. LITWIN
                                           CHRISTINA H. LEE
                                           Attorneys for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:
                                           _____
                                           RONALD M. WHYTE
                                           United States District Judge

Parties' Request for ADR Exemption
C07-3895 RMW                              2