UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: November 2, 2007

Case No. C-07-03895-RMW     JUDGE: Ronald M. Whyte

IRINA AIZMAN          -v- MICHAEL CHERTOFF, et al.
Title

E. Litwin                                I. Deiss
**Attorneys Present**                    **Attorneys Present**

**COURT CLERK:** Jackie Garcia           **COURT REPORTER:** Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The parties have agreed on a briefing schedule for defendant's motion for remand. The motion hearing is set for 12/14/07 @ 9:00 am.