DECLARATION OF HAMZEH SARSOUR

I, Hamzeh Sarsour, do hereby declare and say:

1. I am employed by the United States Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), formerly known as the Immigration and Naturalization Service ("INS"). I am employed as a District Adjudication Officer at the San Francisco District San Jose Sub-Office. I have been employed by the Department of Homeland Security (formerly Department of Justice), USCIS since July 2001. During that time I have worked as an adjudicator in both the Citizenship and Adjustment of Status Units. I make this declaration based upon my personal knowledge and information made known to me in the course of my professional duties and responsibilities.

2. When a lawful permanent resident applies to USCIS for citizenship by filing an N-400 Application for Naturalization (or other application seeking an immigration benefit), the agency conducts numerous mandatory criminal and national security background checks. These checks are conducted both to enhance national security and to ensure the integrity of the immigration and naturalization processes. These security and background checks serve to screen out aliens who may seek to harm the United States and its citizens or who may be seeking immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. Pursuant to established agency policy, all required security

checks must be completed prior to adjudication of the application.

3. The attached Fact Sheet explains the different types of checks that must be completed. (See Fact Sheet, dated April 25, 2006, a true and correct copy of which is attached hereto as Exhibit 1). In addition to record checks of the alien applicant against United States Department of Homeland Security's own immigration record(s) systems, these background checks include, but are not limited to (a) FBI fingerprint check for criminal history records on the alien applicant; (b) a check against the DHS-managed Interagency Border Inspection System (IBIS). The IBIS system contains records and information from more than 20 federal law enforcement and intelligence agencies including the Central Intelligence Agency (CIA), FBI and other divisions of the U.S. Department of Justice, the Department of State, DHS Customs and Border Protection (CBP) and other DHS agencies; and (c) an FBI Name Check, which is run against FBI investigative databases containing information that is not necessarily revealed in the FBI's fingerprint check or IBIS check. The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement agencies.

4. Once USCIS receives an Application for Naturalization, N-400, the applicant's file is opened and an electronic record of that application is created. The generation of an FBI Name check request is automated through our DHS systems. USCIS maintains reports from FBI regarding the status of the FBI name check requests. If a problem is reported, the FBI name check request will be initiated a second time and resent manually or electronically to the FBI for a

response. In this way, USCIS ensures that the FBI has in fact received all requests for name checks. If an application is otherwise approvable, but all the background checks are not completed, the application is placed on a pending background check shelf.

5. All files on the background check shelf are audited regularly in order to identify those in which a response from the FBI has been received. This audit is conducted at least every week. In this manner the agency ensures that as FBI responses are received, files are expeditiously released for adjudication.

6. Although in the majority of FBI name checks no matches are found, some cases involve complex or highly sensitive information and cannot be resolved quickly.

7. Resolving name checks is a multi-agency effort with a central system that combines information from these various sources and databases to compile information regarding national security risks, public safety concerns, and other law enforcement concerns.

8. For most applicants, USCIS can quickly determine if there are criminal or security related issues in the applicant's background that affect eligibility for immigration benefits. However, due both to the sheer volume of security checks USCIS conducts, and the fact that USCIS must await responses from the FBI or other relevant agencies that conduct some of the required security checks, some delays on individual applications are unavoidable and may be lengthy. Moreover, in some cases a background or security check will reveal that positive (derogatory) information on the subject alien is possessed by some agency other than USCIS without necessarily revealing the substance of that information. In

such cases, USCIS works closely with the other law enforcement or intelligence agencies to obtain all available information concerning the positive result in order to properly evaluate its significance. Even where the FBI or a third agency has provided a final response, a case may still be considered pending where the response requires further investigation or review by USCIS or another agency. It is vitally important to thoroughly screen each applicant in order to resolve all concerns of a law enforcement or national security nature before determining that an individual is eligible for an immigration benefit.

9. USCIS reports the average processing times for specific applications and petitions on the USCIS website. This information reflects only average processing times on the date the information is published. Average processing times fluctuate widely and will sometimes even regress for a specific form type due to a number of factors, including a reallocation of agency resources, reordering of the agency's priorities, and other reasons. Additionally, not every application will require the same level of inquiry. Some may require a more detailed level of review and or investigation from either the USCIS or other agencies for a number of reasons ranging from the alien's eligibility for the benefit sought to national security concerns. Accordingly, even when it appears that the adjudication of a particular application is outside the average processing time, this does not establish that the delay is unreasonable or even due to factors within the control of USCIS.

10. The FBI has an established procedure of processing FBI Name Check requests from USCIS chronologically based on the date the request is forwarded. As stated above, certain requests can be expedited if they meet specific expedite

criteria. However, it is important to note that whenever a particular application or petition receives expedited processing and is moved up in the queue, it is at the expense of those still unadjudicated petitions or applications that bear an earlier filing date.

11. I have reviewed the administrative file of the plaintiff, **Irina Aizman, A047 521 051**, and thus am familiar with the facts and circumstances of the case.

12. The record reflects that **Irina Aizman** became a lawful permanent resident on **March 24, 2001**. She filed an N-400 Application for Naturalization on **December 30, 2005**. An FBI name check was initiated on **January 13, 2006**. **Irina Aizman** was interviewed regarding **her** application for naturalization on **May 16, 2006**. Furthermore, on **October 26, 2007**, USCIS requested an expedite of the FBI name check. To date, that application remains pending the completion of security checks. Once the required security checks are completed, plaintiff's application will be adjudicated. For this reason the USCIS cannot adjudicate plaintiff's N-400 application for naturalization until such time as all security checks are complete.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of NOV, 2007 at San Francisco, California.

Hamzeh Sarsour
District Adjudications Officer
San Jose, CA