1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
12  IRINA AIZMAN,                                     )  No. C 07-3895 RMW
                                                      )
13            Plaintiff,                              )
                                                      )  **STIPULATION TO DISMISS; and**
14       v.                                           )  **[PROPOSED] ORDER**
                                                      )
15  MICHAEL CHERTOFF, Secretary;                      )
    EMILIO T. GONZALEZ, Director, CIS;                )
16  ROSEMARY MELVILLE, District Director;             )
    FRANCIS SICILIANO, Field Office Director,         )
17  Department of Homeland Security;                  )
    ROBERT S. MULLER, Director,                      )
18  Federal Bureau of Investigation,                  )
                                                      )
19            Defendants.                             )
    _____)

20     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22  action without prejudice because the United States Citizenship and Immigration Services is now

23  prepared to adjudicate Plaintiff's application for naturalization, and agrees to do so within 30 days

24  of receiving Plaintiff's updated biometrics, provided Plaintiff does not commit a disqualifying act

25  in the interim.

26     Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stipulation to Dismiss
C07-3895 RMW                               1

| | |
|---|---|
| 1  Date: November 16, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | /s/<br>ILA C. DEISS |
| 6 | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | |
| 8 | |
| 9  Date: November 16, 2007 | /s/<br>EDWARD R. LITWIN |
| 10 | CHRISTINA H. LEE<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-3895 RMW                    2