1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7                                          *E-FILED - 11/27/07*

   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
   IRINA AIZMAN,                    )  No. C 07-3895 RMW
12                                  )
              Plaintiff,            )
13                                  )  **STIPULATION TO DISMISS; and**
         v.                         )  **[xxxxxxxxxxxxx] ORDER**
14                                  )
   MICHAEL CHERTOFF, Secretary;     )
15 EMILIO T. GONZALEZ, Director, CIS; )
   ROSEMARY MELVILLE, District Director; )
16 FRANCIS SICILIANO, Field Office Director, )
   Department of Homeland Security;  )
17 ROBERT S. MULLER, Director,      )
   Federal Bureau of Investigation, )
18                                  )
              Defendants.           )
19 _____ )

20      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22 action without prejudice because the United States Citizenship and Immigration Services is now

23 prepared to adjudicate Plaintiff's application for naturalization, and agrees to do so within 30 days

24 of receiving Plaintiff's updated biometrics, provided Plaintiff does not commit a disqualifying act

25 in the interim.

26      Each of the parties shall bear their own costs and fees.

27 ///

28 ///

   Stipulation to Dismiss
   C07-3895 RMW                    1

1 | Date: November 16, 2007

Respectfully submitted,

2 | SCOTT N. SCHOOLS
United States Attorney

3

4

5 | _____/s/_____
ILA C. DEISS

6 | Assistant United States Attorney
Attorneys for Defendants

7

8

9 | _____/s/_____
Date: November 16, 2007 | EDWARD R. LITWIN

10 | CHRISTINA H. LEE
Attorneys for Plaintiff

11

12 | **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14

15 | Date: 11/27/07 | _Ronald M. Whyte_____

16 | RONALD M. WHYTE
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-3895 RMW                    2